**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Randy Christopher BROWN,**
**Defendant—Appellant.**

**No. 12–6660.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 21, 2012.

Decided: Aug. 28, 2012.

Randy Christopher Brown, Appellant Pro Se. Scott Christopher Alleman, Office of the United States Attorney, Norfolk, Virginia; Eric Matthew Hurt, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before KING, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy Christopher Brown appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United ed States v. Brown,* No. 4:08–cr–00103–AWA–FBS–1 (E.D.Va. Mar. 13, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*